UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR CASCIO,<br><br>                    Defendant. | **Order of Continuance**<br><br>22 Mag. 9601 |

    For the reasons stated at the hearing held in this matter on May 19, 2023, a sealed order (the "Sealed Order") was entered.

    As a result of the Sealed Order, it is hereby:

    ORDERED that time under 18 U.S.C. § 3161 to file an information or indictment in this case shall be excluded until further order of this Court pursuant to 18 U.S.C. § 3161(h)(1)(A).

Dated: New York, New York
       May 19, 2023

_____
JAMES L. COTT
United States Magistrate Judge