UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

-against-

TAYLOR CASCIO,

                **Defendant.**

------------------------------------------------------------X

22-MJ-09601 (UA)-1

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024

**SARAH NETBURN, United States Magistrate Judge**:

    Following an Omnibus Motion filed by Defendant Taylor Cascio, the Court solicited letters from defense counsel and the Government. Those letters have been filed under seal in light of the issues raised and, with respect to a letter from defense counsel, ex parte.

    The parties are ORDERED to submit a letter to the Court by April 5, 2024, updating the Court as to the Defendant's designation status and proposing any next steps as warranted. The Court declines to schedule a hearing at this time.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 15, 2024
                New York, New York