

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@us.dlapiper.com
T  212.335.4590
F  917.778.8590

March 22, 2024

The Honorable Sarah Netburn
United State Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Taylor Cascio*, Case No.: 1:22-mj-9601-UA
             Motion to Request Leave to Seal Updated Joint Status Report

Your Honor:

      We represent Taylor Cascio in the above-captioned action. As directed by the Court's March 1, 2024, Order (ECF No. 22), the parties filed under seal an initial joint status report letter on March 11, 2024. The parties intend to file later today an update to that letter.

      Accordingly, we respectfully write with the consent of the Government to jointly request leave to file the updated joint status report letter under seal in light of the sensitive information addressed therein.

      Respectfully submitted,

/s/ John M. Hillebrecht
John M. Hillebrecht
Counsel for the Defendant

---

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 22, 2024
                New York, New York