

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@us.dlapiper.com
T   212.335.4590
F   917.778.8590

August 16, 2024

The Honorable Sarah Netburn
United State Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** *United States v. Taylor Cascio*, Case No.: 1:22-mj-9601-UA | Joint Status Report

Dear Judge Netburn:

  As directed by the Court's August 13, 2024, Order (ECF No. 37), the parties write briefly to update the Court on this matter.  On August 14, 2024, the parties met and conferred to discuss the impact of Mr. Taylor Cascio's forensic evaluation report.  On August 16, 2024, defense counsel discussed the findings of the forensic evaluation report with Mr. Cascio.  The parties are continuing to discuss internally and with each other the appropriate way to proceed.  We respectfully ask the Court for an additional ten days to continue such discussions, and then report back to the Court by August 26 at the latest as to the appropriate next steps.

  In the May 19, 2023, Sealed Order signed by the Hon. James L. Cott, U.S. Magistrate Judge for the Southern District of New York, the Court ordered that time under 18 U.S.C. § 3161 shall be excluded until further order of this Court.  The parties agree that the Court's standard 18 U.S.C. § 3161 practice should restart now that the defendant has been restored.  The parties further respectfully request that a period of thirty days from the date of the Court's endorsement of this letter be excluded under 18 U.S.C. § 3161(h)(7)(A).  The ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial because the additional time will allow the parties to discuss a resolution of this case without the need for trial.

Respectfully submitted,

---

The parties shall file a status letter by August 26, 2024. Speedy trial time is excluded until Wednesday, September 18, 2024.
**SO ORDERED.**

                     _____
                      SARAH NETBURN
                      United States Magistrate Judge

DATED:  August 19, 2024
       New York, New York