

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@us.dlapiper.com
T  212.335.4590
F  917.778.8590

August 26, 2024

The Honorable Sarah Netburn
United State Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Taylor Cascio*, Case No.: 1:22-mj-9601-UA | Joint Status Report

Dear Judge Netburn:

As directed by the Court's August 16, 2024, Order (ECF No. 39), the parties write to update the Court on this matter.  Since the August 16th Order, the government and defense counsel have been discussing the appropriate way to proceed, including the possibility of potential dispositions, in advance of any recommendations to the Court.   Among other things, in consultation with the government, defense counsel has made progress on gathering information from the Office of Pre-Trial Services and outside mental health professionals regarding appropriate available options.  Defense counsel has also been consulting with Mr. Cascio.

The parties continue to gather and share information with each other, including as recently as today, in order to try to develop a proposed way to move forward that we can jointly recommend to the Court.  By Order dated August 16, 2024, the Court previously excluded time under the Speedy Trial Act through September 18, 2024.  We respectfully ask that the Court provide the parties until that date to continue their discussions and research, with the expectation that we will report back to the Court by September 17 at the latest as to the appropriate next steps.

Respectfully submitted,

---

The extension request is GRANTED. The Clerk of Court is respectfully directed to terminate the motion  at ECF No. 40.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     August 29, 2024
           New York, New York