```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

TAYLOR CASCIO,

        **Defendant.**

------------------------------------------------------------X

22-MJ-09601 (UA)-1

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

    The Defendant Taylor Cascio has filed a letter requesting a substitution of counsel. The letter also suggests that this case has been unreasonably delayed.

    Accordingly, the parties are ORDERED to schedule a substitution of counsel appearance with the Magistrate Judge on duty in Courtroom 5A before November 15, 2024. At that time, the Government shall also report to the Court on the status of this case and whether the Government intends to seek indictment or file an information. Absent good cause shown, no further order of continuance shall be entered.

SO ORDERED.

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     November 1, 2024
                New York, New York