# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22 Mag. 9601**

USAO No. **2022R01384**

Date **August 4, 2025**

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint        ☐ Removal Proceedings in

United States v. **Taylor Cascio**

The Complaint/Rule 40 Affidavit was filed on **11/29/2022**

*U.S. Marshals please withdraw warrant*

**RYAN ALLISON** Digitally signed by RYAN ALLISON
Date: 2025.08.04 11:31:22 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 8/5/2025

[signature]

UNITED STATES MAGISTRATE JUDGE